AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 1:21-mj-0778 |
| | ) | |
| | ) | |
| Deangelo Carnell, | ) | |
| | ) | |

*Defendant(s)*

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April 22, 2021 - June 23, 2021___ in the county of ___Marion___ in the ___Southern___ District of ___Indiana___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(6) | False Statement During Purchase of a Firearm |
| 18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms without a Federal Firearms License |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

/s/ Andrew Sullivan
_____
*Complainant's signature*

SA Andrew Sullivan, ATF
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by ___
___telephone___ (*reliable electronic means*)

Date: ___8/27/2021___

City and state: ___Indianapolis, Indiana___

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT

I, Andrew J. Sullivan, being duly sworn, state as follows:

1.　　I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since May 2018. As part of my duties as an ATF Special Agent, I investigate criminal violations relating to violations of the Gun Control Act of 1968, National Firearms Act of 1934, and other violations of federal firearms statutes relating to the unlawful possession and trafficking of firearms. I have received training in the history of firearms laws and regulations, firearms criminal violations, interstate controls, firearms identification and investigative call analysis, among other areas of federal criminal law.

2.　　Prior to my employment with ATF I attended Delta College Police Academy, Bay City, Michigan where I received my Michigan Commission on Law Enforcement Standards (MCOLES) license as a peace officer in May of 2008. In June of 2008 I was a sworn in as a deputy sheriff with the Jackson County Sheriff's Office in Jackson, Michigan. In this capacity, I investigated firearm offenses, homicides, robberies, sexual assaults and other crimes against persons, crimes against society, and property crimes. I served in this role until April of 2018. I attended the ATF National Academy from May 2018 until November of 2018. During this time, I received over eighty hours of training in firearms, firearms offenses, and identifying firearms under the National Firearms Act and the Gun Control Act.

3.　　The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of presenting probable cause, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are sufficient to establish probable

cause to believe that Deangelo CARNELL (date of birth XX-XX-1998) violated 18 U.S.C. § 922(a)(1)(A)– Dealing Firearms without a license and 18 U.S.C § 922(a)(6) – False statement as to material fact to a federal firearms licensee.

    a.    Pursuant to Title 18, United States Code, Section 922(a)(1)(A) (Prohibited Acts), (a)It shall be unlawful—1) for any person—(A)except a licensed importer, licensed manufacturer, or licensed dealer, to engage in the business of importing, manufacturing, or dealing in firearms, or in the course of such business to ship, transport, or receive any firearm in interstate or foreign commerce; or

    b.    Pursuant to Title 18 U.S.C § 922(a)(6) it is unlawful for any person in connection with the acquisition or attempted acquisition of any firearm or ammunition from a licensed importer, licensed manufacturer, licensed dealer, or licensed collector, knowingly to make any false or fictitious oral or written statement or to furnish or exhibit any false, fictitious, or misrepresented identification, intended or likely to deceive such importer, manufacturer, dealer, or collector with respect to any fact material to the lawfulness of the sale or other disposition of such firearm or ammunition under the provisions of this chapter;

**FACTS SUPPORTING PROBABLE CAUSE**

4.    In June of 2021 ATF Indianapolis received an intelligence bulletin regarding Deangelo CARNELL (B/M DOB: XX-XX-1998). The intelligence bulletin indicated CARNELL had completed six (6) multiple sales where he had been the purchaser of a total of nineteen (19) firearms over a forty (40) day period beginning on April 20, 2021. I know that by law federal firearms licensees (FFLs) are required to submit multiple sale paperwork to the ATF when an individual purchases more than one (1) pistol in a five (5) day period. These multiple sale

summaries are then entered into the ATF E-Trace system where they are searchable by name, firearm information, FFL license number, or date range.

5.      ATF  began an investigation into CARNELL and reviewed the multiple sale summaries. I noted that several of these purchases were of identical or near identical firearms to include make, model, and caliber.  I know through training and experience individuals involved in dealing firearms without a license and those who give false statements during a firearms purchase will often buy several of the same, popular firearms as these are easier to resell and make a profit.

6.      I obtained all available multiple sale summaries conducted by CARNELL and they are as follows:

   a.  M20210395926 – This multiple sale occurred on June 23, 2021, at Indy Arms Company (2550 East 55th Street Indianapolis, IN 46220 FFL#43506175). CARNELL purchased the following firearms: Glock, model 22, .40 caliber pistol, serial number BDWD393, Glock, model 20 GEN4, 10mm pistol, serial number BSPT925, and a Glock, model 19, 9mm pistol, serial number BCDC469.

   b.  M20210383509 – This multiple sale occurred on June 15, 2021, at Indy Gun Bunker II (8252 E. Washington Street Indianapolis, IN  46219 FFL# 43508769). CARNELL purchased the following firearms: Glock, model 19x, 9mm pistol, serial number BTRT982, Glock, model 23 Gen5, .40 caliber pistol, serial number BSRG085, Springfield Armory, model Saint Victor, .556 caliber pistol, serial number ST417973, Taurus International, model G3C, 9mm pistol, serial number ACE843931, and a Glock, model 35 Gen 4, .40 caliber pistol, serial number XWB458.

   c.  M20210382984 – This multiple sale occurred on June 14, 2021, at Shoot Point Blank (1250 W. City Center Drive Carmel, IN 46032 FFL#43506158). CARNELL purchased the following firearms: Taurus, model G3C, 9mm pistol, serial number ACE873787, Smith & Wesson, model SD40VE, .40 caliber pistol, serial number FDJ4071, Taurus, model G3, 9mm pistol, serial number ACD791938, and a Smith & Wesson, model M&P 40 shield, .40 caliber pistol, serial number JCK1113.

   d.  M20210360603 – This multiple sale occurred on May 29, 2021, at Indy Gun Bunker II (8252 E. Washington Street Indianapolis, IN  46219 FFL# 43508769).

CARNELL purchased the following firearms. Smith & Wesson, model SD9VE, 9mm pistol, serial number FCB5832 and a Smith & Wesson, model 442, .38 caliber revolver, serial number CSP1096.

e.   M20210336277 - This multiple sale occurred on May 14, 2021, at Shoot Point Blank (1250 W. City Center Drive Carmel, IN 46032 FFL# 43506158). CARNELL purchased the following firearms: Taurus, model G3, 9mm pistol, serial number ACC728652, Taurus model PT111 G2AA, 9mm pistol, serial number ACD757074, and a Glock, model 19, 9mm pistol, serial number BTNZ588.

f.   M20210294906- This multiple sale occurred on April 22, 2021, at Indy Gun Bunker II. CARNELL purchased the following firearms: HS Produkt (IM Metal) model XD9, 9mm pistol, serial number BA242632 and a HS Produkt (IM Metal) model XD45, .45 caliber pistol, serial number BA249054.

7.      I also obtained copies of the ATF form 4473s for each of the above firearm transactions from the various FFLs from where the firearms were purchased.

8.      On June 28, 2021, I conducted a non-custodial interview with CARNELL at his residence of 8xxx Lenna Court, Indianapolis, Indiana. This interview was captured on video and audio recording. During this interview CARNELL told me he had purchased all but one of the guns for other people. CARNELL specifically told me how he would buy guns for other people. CARNELL indicated most of these transactions were facilitated using "Instagram". CARNELL then provided me with his "Instagram" username of "DLO_THAMENACE". CARNELL informed me the most recent multiple sale he made (three Glock pistols) on June 23, 2021, took place at Indy Arms and that he had met two (2) individuals at the gun store to buy guns for them. CARNELL informed me one subject was from Chicago, Illinois and the other subject was from Gary, Indiana. CARNELL advised he purchased two (2) Glock pistols from the store and then carried them out and turned them over to these subjects. CARNELL advised he was paid a fee of fifty dollars per gun for this transaction. CARNELL said this transaction was arranged via Instagram and telephone text messages and calls.

9.       I then went through each multiple sale with CARNELL and each of the nineteen (19) guns individually and asked them for whom they were purchased. CARNELL advised eighteen (18) of the nineteen (19) guns were for other people. CARNELL advised he charged a fee of fifty dollars to purchase guns for other people. CARNELL specifically stated it was common for him to purchase pistols for people who were under the age of twenty-one (21) and by law were unable to buy a pistol.

10.       I asked CARNELL if he recalled completing the ATF form 4473 each and every time, he purchased a firearm, to which he indicated he did recall. I asked CARNELL if he recalled a question asking if the person purchasing the firearm was in fact for whom the firearm was intended, which he also remembered.  I then asked CARNELL if he answered truthfully, and he indicated he had not. I then clarified that each time he bought a gun for someone else he had lied when answering this "yes or no" question. CARNELL indicated he had lied each time he bought a gun from someone else.

11.       I know based on training and experience question number **21.a** on the ATF Form 4473 is as follows, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you. Exception: if you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a and may proceed to question 21.b." There is then a check box for yes or no after the question.

12.       I reviewed all of the ATF forms completed by CARNELL since April of 2021 and note that CARNELL checked the box "yes" in Paragraph **21.a** on each form. CARNELL also signed and dated each ATF Form 4473.

13.     CARNELL then told me that buying and selling firearms was his sole source of income since April of 2020 after he stopped working. CARNELL advised he receives no other income for state or federal assistance and his only income was from the fees he would charge to buy guns for other people.

14.     CARNELL advised he started off small with one (1) or two (2) guns and then realized how easy it was to make a profit. CARNELL told me his name became popular for being able to buy guns for other people and he quickly began to receive messages on Instagram and texts messages.

15.     On July 14, 2021, I applied for and was granted a search warrant to obtain information and content from CARNELL's Instagram account which is owned and controlled by Facebook. This search warrant sought all content available on CARNELL's account from April 19, 2021 to June 28, 2021.

16.     This warrant was granted on July 14, 2021, in the Southern District of Indiana under cause number 1:21-mj-0614 and submitted to Facebook on July 15, 2021.

17.     On August 3, 2021, I received digital records back from Facebook reference CARNELL's Instagram account. I went through the digital data in an attempted to find evidence of CARNELL dealing or buy firearms illegally. I observed several Instagram messages between CARNELL and other subjects talking about illegal firearms purchasing and selling.

18.     On June 25, 2021, CARNELL (dlo_thamenace) sends the following message.

**Author** dlo_thamenace (Instagram: 31965209333)
**Sent** 2021-06-25 20:42:25 UTC
**Body** N███ I'm at da gun store

19.    On June 11, 2021, CARNELL (dlo_thamenace) sends the following message.

**Body** My brother

**Author** dlo_thamenace (Instagram: 31965209333)
**Sent** 2021-06-11 14:31:24 UTC
**Body** N y'all need me for the gun store

20.    On June 11, 2021, CARNELL (dlo_thamenace) has the following message

exchange with "tray_savage7 (Instagram: 1198721430)

~~Sent  2021-00-11 14.31.33 UTC~~
**Body** I'm otw home

**Author** tray_savage7 (Instagram: 1198721430)
**Sent** 2021-06-11 14:31:42 UTC
**Body** Yea but it's for a bottom part of a gun

**Author** dlo_thamenace (Instagram: 31965209333)
**Sent** 2021-06-11 14:31:51 UTC
**Body** Because I'm go be busy later

21.    On May 9, 2021, CARNELL (dlo_thamenace) has the following message

exchange with "tr33zzyy" (Instagram: 3036600815)

**Author** tr33zzyy_ (Instagram: 3036600815)
**Sent** 2021-05-09 00:28:10 UTC
**Body** its a gun show tm 9am-3.. cheap sticks

**Author** tr33zzyy_ (Instagram: 3036600815)
**Sent** 2021-05-09 00:28:45 UTC
**Body** if u tryna go

**Author** dlo_thamenace (Instagram: 31965209333)
**Sent** 2021-05-09 00:28:53 UTC
**Body** lgh I'll be up I got my alarm set

**Author** dlo_thamenace (Instagram: 31965209333)
**Sent** 2021-05-09 00:29:10 UTC
**Body** I ain't tripping

**Author** dlo_thamenace (Instagram: 31965209333)
**Sent** 2021-05-09 00:29:19 UTC
**Body** U go be mobile

**Author** tr33zzyy_ (Instagram: 3036600815)
**Sent** 2021-05-09 00:29:41 UTC
**Body** bet we innat, yeah i got my Ls

22.     On May 9, 2021, CARNELL (dlo_thamenace) has the following message

exchange with "tr33zzyy" (Instagram: 3036600815).

> **Author** tr33zzyy_ (Instagram: 3036600815)
>   **Sent** 2021-05-09 01:12:37 UTC
>   **Body** Liked a message
>
> **Author** tr33zzyy_ (Instagram: 3036600815)
>   **Sent** 2021-05-09 01:14:34 UTC
>   **Body** https://midwestoutdoors.com/event/indianapolis-gun-show-5/2021-05-09/
>
> **Author** tr33zzyy_ (Instagram: 3036600815)
>   **Sent** 2021-05-09 12:45:33 UTC
>   **Body** im up lmk wen u up
>
> **Author** dlo_thamenace (Instagram: 31965209333)
>   **Sent** 2021-05-09 14:15:43 UTC
>   **Body** I'm up

23.     On May 10, 2021,  CARNELL (dlo_thamenace) has the following message

exchange with "tr33zzyy" (Instagram: 3036600815).

> **Author** tr33zzyy_ (Instagram: 3036600815)
>   **Sent** 2021-05-10 19:19:44 UTC
>   **Body** he not answering, i gotchu.. u came through for me n ima need u again. On my dead brother i gotchu when he call me back☐☐☐☐☐
>
> **Author** dlo_thamenace (Instagram: 31965209333)
>   **Sent** 2021-05-10 19:20:22 UTC
>   **Body** N wym u go need me again
>
> **Author** tr33zzyy_ (Instagram: 3036600815)
>   **Sent** 2021-05-10 19:21:58 UTC
>   **Body** to get a gun
>
> **Author** dlo_thamenace (Instagram: 31965209333)
>   **Sent** 2021-05-10 19:24:12 UTC
>   **Body** When
>
> **Author** dlo_thamenace (Instagram: 31965209333)
>   **Sent** 2021-05-10 19:25:42 UTC
>   **Body** ??

24.     Your affiant knows from training and experience in investigating illegal firearms trafficking and "straw" purchasing that all the above message exchanges are consistent with criminal behavior as it relates to purchasing and selling firearms.

## CONCLUSION

25.     Based on the foregoing, I respectfully submit that there is probable cause to believe that Deangelo CARNELL has committed the offenses of 18 U.S.C. § 922(a)(1)(A)– Dealing Firearms without a license and 18 U.S.C § 922(a)(6) – False statement as to material fact to a federal firearms licensee.   I submit this affidavit in support of a Criminal Complaint charging CARNELL with these violations and request a warrant for his arrest.

> /s/Andrew J. Sullivan
> Andrew J. Sullivan
> Special Agent
> Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1, by telephone.

Dae:  8/27/2021

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana