# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:22-cr-00013-TWP-MG |
| DEANGELO CARNELL, | ) ) | -01 |
| Defendant. | ) ) | |

## ENTRY FOR APRIL 19, 2023
## THE HONORABLE TANYA WALTON PRATT, CHIEF JUDGE

The Government appeared by Jayson W. McGrath, Assistant United States Attorney. The Defendant appeared in person and by FCD counsel Dominic Martin. La Tia Dowdell appeared on behalf of the United States Probation Office. David Moxley was the Court Reporter. Parties appeared for hearing on Defendant's Petition to Enter a Plea of Guilty and Sentencing at the Indianapolis Courthouse.

The Defendant was sworn. The Court advised Defendant of his rights. The Court inquired of the Defendant whether the Defendant understood the rights that the Defendant would relinquish if the Court accepted the plea of guilty and the Defendant responded affirmatively. A factual basis was accepted. The Court found the Defendant was fully competent and able to enter an informed plea, the Defendant's plea was made knowingly and voluntarily, the plea was supported by an independent basis in fact containing each of the essential elements of the offense charged. Defendant's Plea Agreement was accepted by the Court pursuant to the Federal Rules of Criminal Procedure 11(c)(1)(B) and Defendant was adjudged guilty of Counts 1, 3, 5, 7, 9, and 11 False Statement in Connection with the Acquisition of a Firearm and Count 13 Dealing in Firearms Without a Federal Firearms License as charged in the Indictment.

The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

Pursuant to the Sentencing Reform Act of 1984, sentence was imposed as stated on the record, including:

Incarceration:  The Defendant was sentenced to the custody of the Bureau of Prisons for a term of 12 months and 1 day on Counts 1, 3, 5, 7, 9, 11 and 13 to be served concurrently.

Fine: The Court ordered a fine of $500.00.

Supervised Release:  The Defendant shall be placed on supervised release for a term of 3 years on Counts 1, 3, 5, 7, 9, 11 and 13 to be served concurrently. The Court imposed the mandatory conditions pursuant to 18 U.S. Code §§ 3563 and 3583. To promote respect for the law, prevent recidivism, and aide in adequate supervision, the Defendant shall also comply with the conditions of supervision which are referenced in the Presentence Investigation Report. Neither the Government nor the Defendant had any objection to the conditions that were recommended by the probation officer, and the reading of those conditions into the record were waived. The Court imposed all the conditions listed in the Presentence Investigation Report.

Recommendation:  The Court recommends placement at the camp in Terre Haute and the prison industries program.

The Defendant shall pay to the United States a special assessment of $700.00. Payment of the special assessment shall be due immediately and is to be made directly to the Clerk, U.S. District Court.

The Government will file a motion to dismiss the remaining counts.

The Defendant was advised of the right to appeal.

The Defendant was ordered to remain on pretrial release under the conditions previously imposed. The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the Pretrial Services Office.

The Court inquired at to the Defendant's use of illegal drugs, and Defendant assured the Court that he was negative for illegal substances. The Defendant was ordered to submit to a drug test following the hearing.

The Judgment is forthcoming.

IT IS SO ORDERED.

Date: 4/19/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Dominic David Martin
INDIANA FEDERAL COMMUNITY DEFENDERS
dominic_d_martin@fd.org

Jayson W. McGrath
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
jayson.mcgrath@usdoj.gov